# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARICELA RUVALCABA, et al., | Case No. 2:18-cv-01784-MMD-CWH |
| Plaintiffs, | **ORDER** |
| v. | |
| WAFA ABU-HASHISH, | |
| Defendant. | |

The court granted plaintiff Maricela Ruvalcaba's application to proceed *in forma pauperis* and ordered that this case should proceed on the normal litigation track as guided by the Federal Rules of Civil Procedure. (Order (ECF No. 3).) The court subsequently ordered that the complaint be unsealed and served. (Order (ECF No. 5).) In light of these orders, the clerk of court must: (1) detach and separately file the complaint (ECF No. 1-1); and (2) issue the proposed summons (ECF No. 6).

IT IS SO ORDERED.


DATED: November 29, 2018


_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE