**JOINTLY SUBMITTED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MARICELA RUVALCABA, Relatrix, and, MARICELA RUVALCABA, Plaintiff, v. WAFA ABU-HASHISH, Defendant. | Case No.: 2:18-cv-01784-MMD-DJA **STIPULATION AND ORDER TO WITHDRAW MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| WAFA ABU-HASHISH, Counter-Plaintiff, v. MARICELA RUVALCABA, Counter-Defendant. | |

Parties, by and through their undersigned attorneys of record, hereby stipulate and request that Plaintiff-Relatrix Maricela Ruvalcaba's Motion for Partial Summary Judgment (Dkt. #23), all responses and replies to the motion (Dkt. 24 and 26), be voluntarily withdrawn while parties finalize a settlement.

| | |
|---|---|
| 9/17/2019 <br> Date | /s/ Ron Sung <br> RON SUNG, ESQ. <br> Nevada State Bar No. 13047 <br> Nevada Legal Services, Inc. <br> 530 South Sixth Street <br> Las Vegas, Nevada 89101 <br> (702) 386-0404 x148 <br> Facsimile (702) 388-1641 |

1

*Attorneys for Maricela Ruvalcaba*

9/17/2019
Date

/s/ Lester A. Berman
Lester A. Berman, Esq.
Law Offices of Lee A. Drizin, Chtd.
2460 Professional Court, Suite 110
Las Vegas, NV 89128
lesberman@leedrizin.com
*Attorneys for Wafa Abu-Hashish*

**ORDER**

**IT IS SO ORDERED**

_____
United States District Judge

Dated: September 18, 2019