**JOINTLY SUBMITTED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MARICELA RUVALCABA, Relatrix, and, MARICELA RUVALCABA, Plaintiff, v. WAFA ABU-HASHISH, Defendant. | Case No.: 2:18-cv-01784-MMD-DJA <br><br> **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| WAFA ABU-HASHISH, Counter-Plaintiff, v. MARICELA RUVALCABA, Counter-Defendant. | |

Parties, by and through their undersigned attorneys of record, hereby stipulate and agree that this matter be dismissed with prejudice, per settlement agreement.

Respectfully Submitted,

| | |
|---|---|
|   1/17/2020   <br> Date | /s/ David Olshan <br> DAVID OLSHAN, ESQ. <br> Nevada Legal Services, Inc. <br> 701 E. Bridger Ave., Suite 700 <br> Las Vegas, Nevada 89101 <br> (702) 386-0404 x119 <br> Facsimile (702) 388-1641 <br> *Attorneys for Maricela Ruvalcaba* |

| __1/17/2020_____ | _/s/ Lester A. Berman_____ |
|---|---|
| Date | Lester A. Berman, Esq. |
| | Law Offices of Lee A. Drizin, Chtd. |
| | 2460 Professional Court, Suite 110 |
| | Las Vegas, NV 89128 |
| | lesberman@leedrizin.com |
| | *Attorneys for Wafa Abu-Hashish* |

## ORDER

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice.

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated: __January 17, 2020_____